UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHLAND INSURANCE COMPANY,

        Plaintiff,

        v.

ASIAN PERFORMING ARTS THEATER, et al.,

        Defendants.

CASE NO. C01-1818JLR

ORDER

    The court has reviewed the Joint Status Report (Dkt. # 101). The clerk shall issue a check in the amount of Fifteen Thousand Dollars ($15,000) from the funds on deposit in the registry of the court. The check shall be payable to "Buckley and Associates, in trust for Po Yuan, as Personal Representative of the Estates of Xiang Gong and Shuli Jia."

    The remaining parties shall file a Joint Status Report by January 31, 2006 if the parties have not reached a final disposition of this matter by that time.

    Dated this 13th day of December, 2005.

JAMES L. ROBART
United States District Judge

ORDER